UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re: 23-4363  Kumar, et al. v. Koester, et al.
    24-1488  Bagal v. Sawant, et al.

The above cases are being assigned to the same panel in **Pasadena, California**, during the month of **January 2025** because the cases involve related issues concerning inclusion of the word "caste" in government anti-discrimination policies.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

**PACER Fee: Exempt**

**ACMS Docket Report**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-4363 | **Docketed:** 12/26/2023 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Kumar, et al. v. Koester, et al. | |
| **Appeal From:** Los Angeles, Central California | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)**

**Originating Court Information:**
  **District:** Central District of California : 2:22-cv-07550-RGK-MAA
  **Trial Judge:** R. Gary Klausner, District Judge
  **Court Reporter:** Marea Woolrich
  **Date Filed:** 10/17/2022

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 11/30/2023 | 11/30/2023 | 12/21/2023 | 12/21/2023 |

**Prior Cases:**

**Current Cases:**

| | |
|---|---|
| SUNIL KUMAR<br>    Plaintiff - Appellant | Meeghan Tirtasaputra, Attorney<br>Direct: 323-919-6480<br>Email: mtirtasaputra@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>10250 Constellation Boulevard<br>Suite 900<br>Los Angeles, CA 90067<br><br>Alberto Longo<br>Direct: 610-397-3933<br>Email: alongo@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>980 Jolly Road<br>Suite 110<br>Blue Bell, PA 19422<br><br>Nathan Wilson<br>Direct: 919-279-5665<br>Email: nwilson@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>434 Fayetteville Street<br>Suite 2800<br>Raleigh, NC 27601<br><br>Michael Keith Twersky<br>Direct: 215-299-2923<br>Email: mtwersky@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>980 Jolly Road<br>Suite 110<br>Blue Bell, PA 19422<br><br>Mr. John J. Shaeffer<br>Email: jshaeffer@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>10250 Constellation Boulevard<br>Suite 900<br>Los Angeles, CA 90067 |
| PRAVEEN SINHA<br>    Plaintiff - Appellant | Mr. John J. Shaeffer<br>Email: jshaeffer@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>10250 Constellation Boulevard<br>Suite 900<br>Los Angeles, CA 90067<br><br>Meeghan Tirtasaputra, Attorney<br>Direct: 323-919-6480<br>Email: mtirtasaputra@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>10250 Constellation Boulevard<br>Suite 900<br>Los Angeles, CA 90067<br><br>Alberto Longo<br>Direct: 610-397-3933<br>Email: alongo@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>980 Jolly Road<br>Suite 110<br>Blue Bell, PA 19422<br><br>Nathan Wilson<br>Direct: 919-279-5665<br>Email: nwilson@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>434 Fayetteville Street<br>Suite 2800<br>Raleigh, NC 27601 |

|  |  |
|---|---|
|  | Michael Keith Twersky<br>Direct: 215-299-2923<br>Email: mtwersky@foxrothschild.com<br>[Retained]<br>Fox Rothschild, LLP<br>980 Jolly Road<br>Suite 110<br>Blue Bell, PA 19422 |
| JOLENE KOESTER, in her official capacity as Chancellor of California State University<br>    Defendant - Appellee | Adrielli Ferrer, Attorney<br>Direct: 619-243-1568<br>Email: adrielli.ferrer@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
|  | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
|  | William C. Hsu<br>Direct: 562-951-4500<br>Email: whsu@calstate.edu<br>[Retained]<br>California State University<br>Office of General Counsel<br>401 Golden Shore<br>4th Floor<br>Long Beach, CA 90802-4275 |
|  | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| LARRY ADAMSON<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| DIANA AGUILAR-CRUZ<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
|  | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| DIEGO ARAMBULA<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
|  | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |

| | |
|---|---|
| JACK B. CLARKE, JR.<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| DOUGLAS FAIGIN<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| JEAN P. FIRSTENBERG<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| WENDA FONG<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| LESLIE GILBERT-LURIE<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| LILLIAN KIMBELL<br>Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |

| | |
|---|---|
| MARIA LINARES<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| JULIA I. LOPEZ<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| JACK MCGRORY<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| ANNA ORTIZ-MORFIT<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| YAMMILETTE RODRIGUEZ<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| ROMEY SABALIUS<br>    Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101<br><br>Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |

| | |
|---|---|
| LATEEFAH SIMON<br>   Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| CHRISTOPHER STEIN HAUSER<br>   Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| JOSE ANTONIO VARGAS, in their official capacities as trustees of California State University<br>   Defendant - Appellee | Matthew Burris, Attorney<br>Direct: 619-237-5200<br>Email: matt.burris@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| | Jeffrey P. Michalowski, Attorney<br>Email: jeff.michalowski@quarles.com<br>[Retained]<br>Quarles & Brady, LLP<br>101 W Broadway<br>9th Floor<br>San Diego, CA 92101 |
| AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE<br>   Amicus Curiae | Bradley Girard<br>Direct: 201-824-1304<br>Email: bradleygirard@gmail.com<br>[Retained]<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043 |

**PACER Fee: Exempt**

**ACMS Docket Report**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1488 | **Docketed:** 03/13/2024 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Bagal v. Sawant, et al. | |
| **Appeal From:** Seattle, Western Washington | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) Civil
  2) Private
  3)

**Originating Court Information:**
  **District:** Western District of Washington : 2:23-cv-00721-RAJ
  **Trial Judge:** Richard A. Jones, Senior District Judge
  **Date Filed:** 05/11/2023

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/08/2024 | 03/08/2024 | 03/11/2024 | 03/11/2024 |

**Prior Cases:**

**Current Cases:**

| | |
|---|---|
| ABHIJIT BAGAL<br>  Plaintiff - Appellant | Abhijit Bagal<br>[Pro Se]<br>Direct: 919-917-3839<br>Email: abebagal@gmail.com<br>125 Vista Brooke Drive<br>Morrisville, NC 27560 |
| KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council<br>  Defendant - Appellee | Ms. Kerala Thie Cowart, Attorney<br>Direct: 202-733-9001<br>Email: kerala.cowart@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095<br><br>Natasha Radha Khanna, Attorney<br>Direct: 206-684-8172<br>Email: Natasha.Khanna@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095 |
| LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council<br>  Defendant - Appellee | Ms. Kerala Thie Cowart, Attorney<br>Direct: 202-733-9001<br>Email: kerala.cowart@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095<br><br>Natasha Radha Khanna, Attorney<br>Direct: 206-684-8172<br>Email: Natasha.Khanna@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095 |
| BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle<br>  Defendant - Appellee | Ms. Kerala Thie Cowart, Attorney<br>Direct: 202-733-9001<br>Email: kerala.cowart@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095<br><br>Natasha Radha Khanna, Attorney<br>Direct: 206-684-8172<br>Email: Natasha.Khanna@seattle.gov<br>[Government]<br>Seattle City Attorney's Office<br>701 5th Avenue<br>Suite 2050<br>Seattle, WA 98104-7095 |

ABHIJIT BAGAL,

  Plaintiff - Appellant,

 v.

KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council; LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council; BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle,

  Defendants - Appellees.

Case: 24-1488, 11/04/2024, DktEntry: 35.1, Page 8 of 8

ABHIJIT BAGAL,

  Plaintiff - Appellant,

 v.