# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | To Appear Remotely for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 24-1488

**Case Name** | Bagal v. Sawant, et al.

**Lower Court or Agency Case Number** | W.WA, Seattle - 2:23-CV-00721-RAJ

What is your name? | Abhijit Bagal

1. **What** do you want the court to do?

   I am requesting the court to allow me to present my oral arguments remotely via video conference, instead of in-person, scheduled for: Thursday, January 16, 2025 - 09:00 A.M. - Courtroom 1 - Scheduled Location: Richard H. Chambers US Court of Appeals, Pasadena, CA.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   I am a Pro Se Plaintiff-Appellant with a full-time day job and would have to take a few days of leave to fly to Pasadena from the east coast (where I live and work) and also make hotel arrangements. Also, the Court has noted the panel may decide to submit the case on the briefs instead of the oral argument and I am not sure when that decision will be made. Hence, I do not want to apply for leave and make travel arrangements now, then cancel later. I have high speed internet (Google Fiber) at home and will attend via Video.

Your mailing address:

125 Vista Brooke Dr

City | Morrisville | State | NC | Zip Code | 27560

Prisoner Inmate or A Number (if applicable) |

**Signature** | /s/ Abhijit Bagal | Date | 11/04/2024

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 27** | New 12/01/2018