| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | FEB 25 2025<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ABHIJIT BAGAL,

    Plaintiff-Appellant,

 v.

KSHAMA SAWANT, et al.,

    Defendants-Appellees.

No. 24-1488

D.C. No. 2:23-cv-00721-RAJ

ORDER DENYING PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before: TALLMAN, FRIEDLAND, and BENNETT, Circuit Judges.

    Plaintiff-Appellant Bagal has filed petitions for panel rehearing and rehearing en banc (ECF. No. 45). The panel has unanimously voted to deny the petition for panel rehearing. Judge Friedland and Judge Bennett have voted to deny the petition for rehearing en banc, and Judge Tallman so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the Court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

    Plaintiff-Appellant's petitions for panel rehearing and rehearing en banc (ECF No. 45) are DENIED.

    **IT IS SO ORDERED.**