UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ABHIJIT BAGAL,

    Plaintiff - Appellant,

  v.

KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council; et al.,

    Defendants - Appellees.

No. 24-1488

D.C. No.
2:23-cv-00721-RAJ

Western District of Washington, Seattle

MANDATE

---

The judgment of this Court, entered January 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT